AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of New Jersey

| United States of America | ) |
|---|---|
| v. | ) |
| Mikhail Pavlovich Matveev a/k/a "Wazawaka," "m1x," "Boriselcin," and "Uhodiransomwar" | ) Case No. 22-825 (SDW) ) ) ) ) |
| Defendant | |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

(name of person to be arrested)   MIKHAIL PAVLOVICH MATVEEV                                                             ,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

18 USC s. 371 (conspiracy)
18 USC s. 1030(a)(5)(A) (computer intrusion)

Date: 12/08/2022

*Leda Dunn Wettre/AMJ*
Issuing officer's signature

City and state: Newark, New Jersey

Hon. Leda Dunn Wettre U.S. Magistrate Judge
Printed name and title

### Return

This warrant was received on (date) _____, and the person was arrested on (date) _____
at (city and state) _____.

Date: _____

_____
Arresting officer's signature

_____
Printed name and title